# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LIFE CHANGING EVENTS, LLC, et. al, | : | |
| | : | |
| Plaintiffs, | : | Case No. 5:19-cv-02057 |
| | : | |
| v. | : | |
| | : | Judge John R. Adams |
| MARKUS HEITKOETTER, et. al, | : | |
| | : | |
| Defendants. | : | |

## SECOND STATUS REPORT OF DEFENDANT MARKUS HEITKOETTER'S AND ADDITIONAL COUNTERCLAIM PLAINTIFF ROCKWELL TRADING SERVICES, LLC

Pursuant to the Case Management Plan, entered herein on February 3, 2021, Defendant Markus Heitkoetter ("Heitkoetter") and Additional Counterclaim Plaintiff Rockwell Trading Services, LLC ("Rockwell"), hereby submit the following status report:

1. **Discovery that has occurred during the reporting period.**

Plaintiffs have served their first set of written discovery requests to Heitkoetter and Rockwell. Based on the settlement negotiations, the parties have agreed to extensions related to certain outstanding discovery to allow the settlement to be consummated.

2. **Settlement discussions that have occurred during the reporting period.**

As indicated in Plaintiff's status report, the parties have signed an agreement. However, it is important to clarify that the settlement is contingent upon certain preconditions that have not yet occurred. To the extent the preconditions are satisfied, the parties will be filing a dismissal. To the extent the preconditions are not satisfied, the agreement will terminate and the litigation will resume.

1

3.  **Motions that have been filed during the reporting period.**

No motions have been filed during this reporting period.

4.  **Other relevant developments during the reporting period.**

Nothing further to report.

.

                                                Respectfully submitted,

                                                */s/ Justin W. Ristau*
Justin W. Ristau         (0075222)
Matthew W. Warnock (0082368)
Christopher J. Bondra (0090645)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:(614) 227-2300
Facsimile: (614) 227-2390
jristau@bricker.com
mwarnock@bricker.com
cbondra@bricker.com
*Counsel for Markus Heitkoetter and Rockwell Trading Services*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice will also be sent to parties not registered by regular U.S. mail, postage pre-paid, as indicated below.

John A. Murphy, Jr.
Richard W. Arnold
jamurphy@dayketterer.com
rwarnold@dayketterer.com
*Counsel for Plaintiffs*

Debbie Montis
1137 Bass Blvd.
Dunedin, FL 34698
*Defendant*

John Hyland
3471 Bellevue Rd.
Forest, VA 24551-4353
*Additional Counterclaim Defendant*

                                                */s/ Justin W. Ristau*
                                                Justin W. Ristau    (0075222)