> So ordered. This matter is hereby dismissed, in its entirety, with prejudice.
> /s/ John R. Adams
> U.S. District Judge
> June 24, 2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LIFE CHANGING EVENTS, LLC, et. al, | : | |
| | : | |
| Plaintiffs, | : | Case No. 5:19-cv-02057 |
| | : | |
| v. | : | |
| | : | Judge John R. Adams |
| MARKUS HEITKOETTER, et. al, | : | |
| | : | |
| Defendants. | : | |

## AGREED JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE

The Court has been notified that this matter has been resolved and the parties have entered into a settlement agreement. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that this matter, including all claims and counterclaims, is hereby DISMISSED WITH PREJUDICE. The Court hereby expressly retains jurisdiction over the parties to enforce the terms of the settlement agreement reached between the parties. Each party shall bear its own costs and attorneys' fees.

**JUDGE JOHN R. ADAMS**

Agreed and approved by:

| | |
|---|---|
| */s/ Richard W. Arnold* | */s/ Justin W. Ristau* |
| Richard W. Arnold (#0063367) | Justin W. Ristau (#0075222) |
| Arnold & Associates, Ltd. | Bricker & Eckler LLP |
| 3458 Massillon Rd. | 100 South Third Street |
| Uniontown, Ohio 44685 | Columbus, Ohio 44215-4291 |
| Telephone: (330) 563-4149 | Telephone:  (614) 227-2300 |
| Fax: (234) 294-0033 | Facsimile:   (614) 227-2390 |
| Email: rarnold@asalawfirm.com | Email: jristau@bricker.com |
| *Counsel for Life Changing Events, LLC and SpeakingEmpire.com, LLC* | *Counsel for Markus Heitkoetter and Rockwell Trading Services, LLC* |